UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: 3:03CV938-DJS |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| **Daniel Frankel** ) | |
| Defendant ) | |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, JOHN SOUSA, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

12/15/03
Date

John M. McLaughlin (CT16988)
**Mailing Address for**
**Requested Service of All Papers**
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of _____, 2003, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Daniel Frankel
81 Far Horizons Drive
Shelton, CT 06484

_____
John M. McLaughlin, Esq.

EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of CONNECTICUT

DIRECTV, Inc.

V.

Daniel Frankel

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3 03 CV 938 DJS

TO: (Name and address of Defendant)

Daniel Frankel
81 Far Horizons Drive
Shelton, CT 06484

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN E. ROWE

CLERK

(By) DEPUTY CLERK

DATE 5/27/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC.**            ) | Case No.: 303CV938-DJS |
| )  | |
| Plaintiff,              ) | **ORDER FOR NOTICE OF REQUEST** |
| )  | **FOR DEFAULT** |
| vs.                     ) | |
| )  | |
| **Daniel Frankel**           ) | |
| )  | |
| Defendant            ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc.<br>V.<br>Daniel Frankel | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 303CV938DJS |

TO: (Name and address of Defendant)

Daniel Frankel
81 Far Horizons Drive
Shelton, CT  06484

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA  01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

True Copy
ATTEST

KEVIN F. ROWE
Clerk, U.S. District Court

By _____
   Deputy Clerk
5/27/03

KEVIN F. ROWE
_____
CLERK

(By) DEPUTY CLERK                         DATE