UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DIRECTV, Inc. | Case No.: 303CV938-DJS |
| Plaintiff, | AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT |
| vs. | |
| Daniel Frankel | |
| Defendant | |

2003 DEC 22 P 1: 5*
U.S. DISTRICT COURT
HARTFORD, CT.

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 27, 2003, the Plaintiff filed a Complaint against the Defendant, Daniel Frankel, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On October 28, 2003, the said Defendant was served by leaving the pertinent documentation at the usual place of **abode** of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

Page 1

6. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this _15_ day of _Dec_, _2003_.

_____
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

John M. McLaughlin (CT16988)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865