UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DIRECTV, INC., a
California corporation**     :
    **Plaintiff**

    **v.**     :    **CIVIL NO.: 3:03cv938(DJS)**

**DANIEL FRANKEL**     :
    **Defendant**

### ORDER

The Plaintiff's Request for Engry of Default (Doc. #6) is hereby **DENIED without prejudice.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __9th__ day of January, 2004.

                           /s/DJS
                           Dominic J. Squatrito
                           United States District Judge