UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC.** | ) Case No.: 303CV938-DJS |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S REQUEST** |
| vs. | ) **FOR ENTRY OF DEFAULT** |
| | ) |
| **Daniel Frankel** | ) |
| | ) |
| Defendant | ) |

FILED 2004 JAN 13 A 10: 53
U.S. DISTRICT
HARTFORD, CT.

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, Daniel Frankel, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

1/7/04
_____
Date

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of ___Jan___, 200_, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Daniel Frankel
81 Far Horizons Drive
Shelton, CT 06484

_____
John M. McLaughlin, Esq.

EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of CONNECTICUT

DIRECTV, Inc.

V.

Daniel Frankel

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 03 CV 938 DJS

TO: (Name and address of Defendant)

Daniel Frankel
81 Far Horizons Drive
Shelton, CT 06484

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

True Copy
ATTEST

KEVIN F. ROWE
Clerk, U.S. District Court

By _____
Deputy Clerk

5/27/03

KEVIN F. ROWE

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 303CV938-DJS |
| ) | |
| **Plaintiff,** ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. ) | |
| ) | |
| **Daniel Frankel** ) | |
| ) | |
| **Defendant** ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On May 27, 2003, the Plaintiff filed a Complaint against the Defendant, Daniel Frankel, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On October 28, 2003, the said Defendant was served by leaving the pertinent documentation at the usual place of **abode** of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

Page   1

6. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this ___5___ day of _Jan, 2004_.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_____
John M. McLaughlin (CT16988)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Date

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIRECTV, INC.** | ) | Case No.: 303CV938-DJS |
| Plaintiff, | ) | |
| | ) | **ORDER FOR NOTICE OF REQUEST** |
| vs. | ) | **FOR DEFAULT** |
| **Daniel Frankel** | ) | |
| Defendant | ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, ____.

BY THE COURT

_____
Deputy Clerk

Page    1