UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC., a California corporation**<br>    **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:03cv938(DJS) |
| **DANIEL FRANKEL**<br>    **Defendant** | : |

### ORDER

There has been no answer or appearance filed in this matter to date, therefore the Plaintiff's Request for Entry of Default (Doc. #9) is hereby **GRANTED.** The plaintiff shall mail a copy of this Order to the defendant at his usual place of abode. The plaintiff shall file its Motion for Default Judgment by **February 23, 2004**, a copy of which shall be mailed by U.S. postage to the defendant. The plaintiff's motion shall state in an affidavit that this motion and the Court's entry of default this date has been mailed by the plaintiff to the defendant.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   22nd   day of January, 2004.

　　　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　United States District Judge