UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, INC.,            )
                          )
        Plaintiff         )
                          )
v.                        )        Civil Action 3:03CV938-DJS
                          )
                          )
DANIEL FRANKEL,           )
                          )
        Defendant         )

## APPEARANCE

Please enter my appearance as counsel in this case for the defendant, Daniel Frankel.

_____
Kenneth D. Quat
132 Great Road, Suite 200
Stow MA 01775
978-823-0620
978-823-0621 (fax)
CT #24512



Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esq., McLaughlin Sacks LLC, 31 Trumbull Rd., Northampton MA 01060.

Dated: 1/30/04