UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc, </br></br>          Plaintiff, </br></br> v. </br></br></br> DANIEL FRANKEL, </br>          Defendant | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

CIVIL ACTION 3:03CV938-DJS

## DEFENDANT'S MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE

Defendant hereby moves that this Honorable Court remove the default entered against him and permit him to file his Answer late, which Answer is submitted herewith. In support whereof, defendant states: (i) that he has only recently been successful in identifying and retaining an attorney qualified to represent him in this matter; and (ii) he has meritorious defenses to plaintiff's claim which he intends to assert in good faith. Defendant further relies on the affidavit appended hereto. Defendant further states that the Plaintiff's Request for Entry of Default asked that default enter not against defendant, but rather against an unknown "John Sousa."

Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Ct. 24512

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc, | ) |
| | ) |
| Plaintiff, | )  CIVIL ACTION 3:03CV938-DJS |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| DANIEL FRANKEL, | ) |
| Defendant | ) |
| | ) |

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE

I, Daniel Frankel, hereby depose and state on oath:

1. My name is Daniel Frankel. I make this affidavit on personal knowledge.

2. After being served with papers in this case, I attempted to first determine what the lawsuit was about and what my options were. Despite my best efforts, it took me more time than anticipated to learn why I was being sued, to understand my options, and then to find an attorney experienced in the issues whom I could afford. I have now identified and retained Attorney Kenneth D. Quat to represent me.

3. I do not believe I am liable to plaintiff on any of its claims, and I intend in good faith to assert all defenses to which I am entitled. I never intercepted, or attempted to intercept, any satellite signal, and as far as I know did not do anything improper or illegal with respect to any "pirate" devices or any other equipment.

I hereby state on oath that the foregoing statements are true and correct to the best of my knowledge and belief.

*[signature]*
Daniel Frankel

STATE OF CONNECTICUT

County of Fairfield, CT

Then personally appeared before me Daniel Frankel and made oath that the matters contained in the foregoing affidavit are true and correct and that he signed same as his free act and deed.

*[signature]*
Notary Public
M.C.E.

Dated: January 29, 2004

**DEBORAH A. O'CONNOR**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 4/30/08

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, 31 Trumbull Rd., Northampton MA 01060.

Dated: 1/30/04