UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DIRECTV, INC., a**
**California corporation**       :
    **Plaintiff**

    **v.**                              :   CIVIL NO.: 3:03cv938(DJS)

**DANIEL FRANKEL**              :
    **Defendant**

### ORDER

Defendant's Motion to Remove Default and File Answer Late (Doc. #12) is hereby **GRANTED absent objection**. The Clerk shall file said Answer and Jury Demand dated January 30, 2004.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __25th__ day of February, 2004.

                                                    /s/DJS
                                                  Dominic J. Squatrito
                                                  United States District Judge