03cv938ans

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 15  P 4: 15

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 303CV938-DJS |
| | ) | |
| | ) | |
| DANIEL FRANKEL, | ) | |
| | ) | |
| Defendant | ) | |

## ANSWER AND JURY DEMAND

COMES NOW the defendant, through counsel undersigned, and answering the plaintiff's complaint states:

1. Defendant lacks sufficient information to admit or deny the allegations of paragraph 1, and therefore denies same.

2. Defendant denies the allegations of paragraph 2.

3. Defendant lacks sufficient information to admit or deny the allegations of paragraph 3, and therefore denies same.

4. In response to the allegations of paragraph 4, defendant admits that the address set forth therein is his.

5. Defendant admits the allegations of paragraph 5 but denies that he engaged in any conduct which gives rise to, or supports, any of the causes of action set forth in the complaint.

6. Defendant admits the allegations of paragraph 6 that this Court has subject matter jurisdiction of this controversy, but denies each and every allegation and inference that he

engaged in any unlawful act or conduct which would provide the basis for any relief under the statutes enumerated in said paragraph.

7. Defendant lacks sufficient information to admit or deny the allegations of paragraphs 7 – 15, and therefore denies same.

8. Defendant denies the allegations of paragraphs 16 – 18.

9. In response to paragraph 19, defendant restates his answers to paragraphs 1 – 18.

10. Defendant denies the allegations of paragraphs 20 – 25.

11. In response to paragraph 26, defendant restates his answer to paragraphs 1 – 25.

12. Defendant denies the allegations of paragraphs 26 – 32.

13. In response to paragraph 33, defendant restates his answer to paragraphs 1 – 32.

14. Defendant denies the allegations of paragraphs 34 – 39.

15. In response to paragraph 40, defendant restates his answer to paragraphs 1 – 39.

16. Defendant denies the allegations of paragraphs 41 – 46.

## First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

Any and all claims asserted in the complaint are barred by the relevant statutes of limitations.

## Third Affirmative Defense

Plaintiff's claims are barred by estoppel.

## Fourth Affirmative Defense

Plaintiff's claims are barred by laches.

### Fifth Affirmative Defense

Plaintiff's claims are barred by its failure and refusal to mitigate damages.

### Sixth Affirmative Defense

Plaintiff lacks standing to bring the claims asserted in the complaint.


WHEREFORE,  defendant prays that this Honorable Court dismiss the complaint, award defendant attorney's fees and costs of suit pursuant to 28 U.S.C. §1927, and award defendant such additional relief as the Court shall deem just and proper.

### JURY DEMAND

Defendant requests trial by jury on all issues and claims so triable.


Kenneth D. Quat
132 Great Road, Suite 200
Stow MA 01775
978-823-0620
978-823-0621 (fax)
Conn. Fed. Bar Number: ct24512


Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

3