**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DIRECTV, INC.**<br>    **Plaintiff** | : | |
| **V.** | : | CASE NO. 3:03cv938(DJS) |
| **DANIEL FRANKEL**<br>    **Defendant** | : | |

**NOTICE TO COUNSEL**

The Court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(e). Local Rule 26(e) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 10 days, after the conference, the participants must jointly complete and file a report of the conference using Form 26(f) Report.

It appears that more than 40 days have passed since the appearance of a defendant in this case but no report has been filed.

Accordingly, it is hereby **ORDERED** that the parties must file a Form 26(f) Report within 10 days of the date of this Order along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 26(e). Failure to comply with this Order will result in dismissal of the complaint.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this ___17th___ day of March, 2004.

/s/DJS_____
Dominic J. Squatrito
United States District Judge