UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DIRECTV, INC.**, a
**California corporation**        :
    **Plaintiff**

    **v.**                    :   CIVIL NO.: 3:03cv938(DJS)

**DANIEL FRANKEL**           :
    **Defendant**

### ORDER

The proposed case management plan filed April 2, 2004 is hereby approved and will control the pretrial proceedings in this case until further order of the Court **with the following exceptions**: Discovery, including all discovery relating to expert witnesses, depositions and reports will be completed by **September 10, 2004.** Dispositive motions, if any, will be filed by **October 11, 2004.** All motions relating to joinder of parties, claims or remedies, class certification and amendment of the pleadings by either the plaintiff(s) or defendant(s) shall be filed by **June 11,, 2004.** All responses to the Complaint shall be filed in accordance with Fed.R.Civ.P. 12(a).

**Motions to Compel must be filed within twenty (20) days of either: (1) the failure of an opposing party to provide information on a timely basis pursuant to the time provided for in the rules or by order of this Court; or (2) the movant's receipt of an opposing party's unsatisfactory response to requests for discovery, e.g., responses indicating objections that the movant contends are unjustified. Motions to Compel filed after such deadlines shall be denied for failure to comply with the case management plan.**

A joint trial memorandum, per the attached order, shall be filed by **November 10, 2004.** This case shall be trial ready **December, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

The parties shall contact chambers the week beginning **September 13, 2004** to schedule a telephone conference. All discovery shall proceed notwithstanding the conference. If the parties feel a settlement conference would be realistic instead of a status conference, please indicate this.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

    **IT IS SO ORDERED** this  6th  day of  May , 2004.

                                        /s/DJS
                                        Dominic J. Squatrito, United States District Judge