UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: 3:03-CV-938-DJS |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION TO EXTEND** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Daniel Frankel | ) | |
| | ) | |
| Defendant | ) | |

**NOW COMES** the Parties in the above-captioned case respectfully requests that this Court extend the all deadlines described in Judge Squatrito's Scheduling Order; such that all dates be extended by forty-five (45) days.

As grounds, the Parties state:

1. That they have completed certain discovery.

2. That the parties require additional time to complete further discovery and do not believe this would significantly delay a trial.

3. All Parties assent to this extension.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

9/10/04
Date

John M. McLaughlin (BBO: 556328)
**GREEN, MILES, LIPTON & FITZ-GIBBON**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865

Page 1

Respectfully Submitted for the Defendant,
Daniel Frankel
By His Attorney

9/10/04
Date

Kenneth D. Quat
9 Damonmill Square
Suite 4A-4
Concord, MA 01742

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10 day of September 2004, a copy of the foregoing Joint Motion to Extend Scheduling Order was sent via electronic mail to:

Attorney Kenneth D. Quat
Ken@quatlaw.com

_____
John M. McLaughlin, Esq.