UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DIRECTV, INC.** <br> **Plaintiff** | : | |
| **V.** | : | CASE NO. 3:03cv938(DJS) |
| **DANIEL FRANKEL** <br> **Defendant** | : | |

**ORDER**

The Stipulation of Dismissal With Prejudice (Doc. #21) is hereby **GRANTED.** The Clerk is hereby **ordered to close this case**.

Dated at Hartford, Connecticut this  1st  day of December, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge